STATE of Missouri, Plaintiff/Respondent,

v.

Tasha S. ROBINSON,
Defendant/Appellant.

No. 72438.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 2, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 26, 1998.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Catherine Chatman, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

A jury found defendant, Tasha S. Robinson, guilty of murder in the second degree, in violation of Section 565.021 RSMo (1994), and armed criminal action, in violation of Section 571.015 RSMo (1994). She was sentenced to concurrent terms of twenty-five and five years imprisonment. Defendant appeals from these convictions.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Martin LIVINGSTON,
Defendant/Appellant.

No. 72543.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 2, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 26, 1998.

Lance G. Eberhart, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Seth A. Albin, Asst. Atty. Gen., Jefferson City, plantiff/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

Defendant, Martin Livingston, appeals his conviction for felony possession of a controlled substance, methamphetamine, section 195.202 RSMo 1994, in which he was sentenced to five years imprisonment.

No jurisprudential purpose would be served by an extended opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).